COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     David Lancaster v. Diane St. Yves and The Law Office of Diane St. Yves, P.L.L.C.

Appellate case number:   01-17-000250-CV

Trial court case number:  2013-05066

Trial court:             247th District Court of Harris County

Date motion filed:        December 6, 2018

Party filing motion:      Appellant


It is ordered that appellant's motion, titled "Notice and Request for Clarification," is **denied**.


Judge's signature: ____/s/ Terry Jennings_____
                        Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Bland.

Date:  __December 18, 2018____